■ CARL GIFALDI et al., Appellants, v DUMONT CO., INC., Doing Business as DUMONT CHEMICAL COMPANY, et al., Defendants, JEFFERSON CHEMICAL COMPANY et al., Respondents, and INTERSTATE TIRE COMPANY, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Dismiss Complaint.) Present—Dillon, P. J., Callahan, Denman, Green and Pine, JJ.

■ CARL GIFALDI et al., Appellants, v DUMONT CO., INC., Doing Business as DUMONT CHEMICAL COMPANY, et al., Defendants, JEFFERSON CHEMICAL COMPANY et al., Respondents, and INTERSTATE TIRE COMPANY, Appellant. (Appeal No. 3.)—Appeal from order insofar as it denied reargument unanimously dismissed; order otherwise affirmed without costs. Same Memorandum as in *Gifaldi v Dumont Co.,* ([appeal No. 1] 172

AD2d 1025 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Renewal/Reargument.) Present —Dillon, P. J., Callahan, Denman, Green and Pine, JJ.